UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN RANDOLPH,

                Plaintiff,

    -against-

NEW YORK STATE,

                Defendant.

24cv4623 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the October 29, 2024, order, this action is dismissed. The Court has dismissed this action for seeking monetary relief from a defendant that is immune from such relief, and for lack of subject matter jurisdiction. See 28 U.S.C. § 1915(e)(2)(B)(iii); Fed. R. Civ. P. 12(h)(3). All other pending matters in this case are terminated. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated:   November 1, 2024
            New York, New York

                                                /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                Chief United States District Judge